IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WALLACE,

    Plaintiff,                              No. CIV S-06-1697 MCE GGH P

    vs.

HAWTHRONE, et al.,

    Defendants.                        ORDER

_____ /

        On February 7, 2007, plaintiff filed a request for the court to issue a subpoena so that he may obtain documentary evidence. Plaintiff states that the documents he seeks may not be in the possession of defendants. Plaintiff's request is premature as he has not requested the documents from defendants. Plaintiff is informed that he does not require a subpoena to request documents from defendants. See Fed. R Civ. P. 34.

        Plaintiff is also informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's February 7, 2007,
2 | request for a subpoena is denied.
3 | DATED:  3/6/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

7 | wall1697.411