IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WALLACE,

        Plaintiff,               No. CIV S-06-1697 MCE GGH P

    vs.

HAYTHORNE, et al.,

        Defendants.     <u>ORDER</u>

_____/

          On October 17, 2007, plaintiff filed a motion for injunctive relief alleging that he has been retaliated against for filing this action.

          IT IS HEREBY ORDERED that within fifteen days of the date of this order, defendant shall file a response to plaintiff's October 17, 2007, motion for injunctive relief.

DATED: 10/29/07

                    /s/ Gregory G. Hollows

                 _____
                  UNITED STATES MAGISTRATE JUDGE

wall1697.ord