IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WALLACE,

      Plaintiff,                    No. CIV S-06-1697 MCE GGH P

   vs.

HAYTHORNE, et al.

      Defendants.           <u>ORDER</u>

/

       This action is on appeal to the Ninth Circuit Court of Appeals. On April 17, 2008, plaintiff filed an application for the clerk's transcripts so that he may prepare his appeal. Judgment was entered in this action after the court granted defendants' summary judgment motion. No trial was held. For these reasons, there are no transcripts.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 17, 2008, application for transcripts is denied.

DATED: 05/19/08

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

wall1697.ord

1